IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEWIS GREEN,

    Plaintiff,

v.                                                                                                                                   No. 18-cv-0817 GBW/SMV

STEVE CLINGMAN and
SEELY OIL COMPANY,[1]

    Defendants,

and

STEVE CLINGMAN,

    Counterclaimant,

v.

LEWIS GREEN,

    Counter-defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**     January 8, 2019, at 9:30 a.m.

**Matter to be heard:** Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **January 8, 2019, at 9:30 a.m.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference. **IT IS SO ORDERED.**

                                                                          **STEPHAN M. VIDMAR**
                                                                          **United States Magistrate Judge**

---

[1] Though Plaintiff spells Defendant Seely Oil Company's name incorrectly as "Seeley" in his original Complaint, *see* [Doc. 1]; [Doc. 6], he correctly identifies Defendant as "Seely" in his Amended Complaint. [Doc. 4]. Moreover, though the Amended Complaint's caption does not list Seely Oil Company as a defendant itself, it appears that Plaintiff intends to sue both Clingman and Seely Oil Company. *Id.*